**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| VICTORIA IFEYINWA ANI,<br><br>            Plaintiff,<br><br>    v.<br><br>SAMANTHA POWER,<br>Administrator of the United States Agency for International Development,<br><br>            Defendant. | Case No. 23-cv-3554 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's motion to dismiss, ECF 6, is **GRANTED**, and this case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: March 15, 2024